UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK

11:03 am, Jun 08, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

| | |
|---|---|
| MARIA CHRISTODOULOU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PS GLOBAL LLC D/B/A DAKOTA NUTRITION,<br><br>Defendant. | Case No. 1:22-cv-04335-GRB-AYS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maria Christodoulou hereby dismisses all claims against Defendant PS Global LLC d/b/a Dakota Nutrition, without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: New York, New York
      June 7, 2023

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By:   */s/ Adrian Gucovschi*
      Adrian Gucovschi
630 Fifth Avenue, Suite 2000
New York, NY 10111
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Counsel for Plaintiff*

Dated: 6/8/2023
So Ordered. The Clerk of the Court is directed to close this case.
***/s/ Gary R. Brown***
GARY R. BROWN, U.S.D.J.

1